UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

**FILED**
JUN 1 2 2013
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONE ARCHAMBAULT a/k/a<br>ADJONI JONES,<br><br>Defendant. | CR 13-10040<br><br>REDACTED INDICTMENT<br><br>DISTRIBUTION OF A CONTROLLED SUBSTANCE TO A PERSON UNDER THE AGE OF 21, DISTRIBUTION OF A CONTROLLED SUBSTANCE, and CHILD ABUSE AND NEGLECT<br><br>21 U.S.C. §§ 841(a)(1), 859(a);<br>18 U.S.C. § 1153 and SDCL §§ 26-8A-2(1) and 26-10-1 |

The Grand Jury charges:

## COUNT I

Beginning on or about between November 2005 and continuing until on or about November 2012, at McLaughlin, in the District of South Dakota, Adjoni Jones did knowingly and intentionally distribute marihuana, a Schedule I controlled substance, to a person under the age of 21, in violation of 21 U.S.C. §§ 841(a)(1) and 859(a).

## COUNT II

Beginning on or about between July 2009 and continuing until on or about June 2012, at McLaughlin, in the District of South Dakota, Adjoni Jones did knowingly and intentionally distribute and possess with intent to distribute methylphenidate, a Schedule III controlled substance, in violation of 21 U.S.C. § 841(a)(1).

COUNT III

Beginning on or about between November 2005 and continuing until on or about the date of this Indictment, at McLaughlin, in the District of South Dakota, Adjoni Jones, an Indian, did abuse, expose, torture, torment, and cruelly punish [Name Redacted], a child who had not attained the age of eighteen, in violation of 18 U.S.C. § 1153 and SDCL §§ 26-8A-2(1) and 26-10-1.

A TRUE BILL:
NAME REDACTED

_____
FOREPERSON

BRENDAN V. JOHNSON
United States Attorney

By _____